CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 0 8 2007
JOHN F. CORCORAN, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER LEE BENNETT,<br>Petitioner, | Civil Action No. 7:06CV00751 |
| v. | ORDER |
| BRYAN WATSON, WARDEN OF<br>WALLENS RIDGE STATE PRISON,<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's Motion to Dismiss is **GRANTED**. Any pending motions are hereby **DENIED as MOOT**.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to Petitioner.

ENTER: This 8th day of June, 2007.

/s/ Jackson L. Kiser
Hon. Jackson L. Kiser,
Senior United States District Judge